No. D-2206. IN RE DISBARMENT OF GASKINS. Disbarment entered. [For earlier order herein, see *ante*, p. 954.]

No. D-2222. IN RE DISBARMENT OF VIEHE. Karl William Viehe, of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2223. IN RE DISBARMENT OF BLEDSOE. Michael Neal Bledsoe, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2224. IN RE DISBARMENT OF COIA. Arthur A. Coia, of Providence, R. I., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2225. IN RE DISBARMENT OF CICCONE. James Ciccone, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2226. IN RE DISBARMENT OF PARTEN. Stephen Chatfield Parten, of Dickinson, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2227. IN RE DISBARMENT OF ERION. Charles Ticknor Erion, of Warner Robins, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2228. IN RE DISBARMENT OF SEGRAVES. Darryl Bradley Segraves, of Atlanta, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.